# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JUSTIN FLETCHER STUEVE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3802
_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Rachael E. Reese and Olivia M. Nathan of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Michael W. Mervine, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.